Date: November 13, 2019

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*

1  Your name: Israel Garza
2  Address: 53 Larkspur Street
3  American Canyon CA 94503
4  Phone Number: 707-980-2562
5  E-mail Address: garzais@sbcglobal.net
6  Pro se Plaintiff

**FILED**
NOV 07 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☒ Oakland ☐ San Jose ☐ Eureka

Israel Garza
53 Larkspur Street American Cyn CA
            Plaintiff,
    vs.
Jimmy S. McBirney
DOJ Commercial Litigation
Branch, Civil Div P.O. Box 480
Ben Franklin Station
Washington D.C 20044
            Defendant.

Case Number: 4:19-cv-04527-DMR  YGR

**NOTICE OF VOLUNTARY DISMISSAL OF**
[check one]
☒ THIS ENTIRE CASE
☐ ONLY DEFENDANT [name]

Hon. Yvonne Gonzalez Rogers

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

☒ this entire case.

☐ only Defendant [name] _____

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: October 31, 2019     Sign Name: [signature]
                            Print Name: Israel Garza

NOTICE OF VOLUNTARY DISMISSAL
Case No. 4:19-cv-04527-DMR                            [JDC TEMPLATE]

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

1. Case Name: Israel Garza v. United States Postal Service

2. Case Number: 4:19-cv-04527-DMR

3. What documents were served?

   **Notice of Voluntary Dismissal**

4. How was the document served? *[check one]*

   ☒ Placed in U.S. Mail

   ☐ Hand-delivered

   ☐ Sent for delivery (e.g., FedEx, UPS)

   ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? *[Write the full name and contact information for each person you sent the document.]*

   Jimmy S. McBirney
   DOJ Commercial Litigation Branch
   Civil Div P.O. Box 480
   Ben Franklin Station Washington
   D.C. 20044

6. When were the documents sent? November 4, 2019

7. Who served the documents? *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *[signed]*
   Name: Israel Garza
   Address: 53 Larkspur Street
   American Canyon CA 94503

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*